**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7295**

———————

WILBERT LOUIS DAVIS,

                                        Petitioner - Appellant,

        versus

LLOYD WATERS, Warden; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-02-2428-AW)

———————

Submitted:  October 10, 2002        Decided:  October 21, 2002

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Wilbert Davis, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wilbert Davis appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court. See Davis v. Waters, No. CA-02-2428-AW (D. Md. filed Aug. 6, 2002; entered Aug. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED